# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## STATESBORO DIVISION

| | | |
|---|---|---|
| TIDAESHA V. TAYLOR, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV616-121 |
| | ) | CR613-004 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Invoking 28 U.S.C. § 2255, Tidaesha V. Taylor seeks to reduce his

sentence in light of a November 1, 2015 amendment to the Sentencing

Guidelines' "minor role" adjustment, U.S.S.G. § 3B1.2.[1]  CR613-004 doc.

178 at 4.  He insists that this "clarifying amendment" was not available

to him when he previously moved for § 2255 relief.  *Id.*  This Court has

no jurisdiction, however, because Taylor failed first to obtain permission

---

[1]  As this Court recently explained:

> "Amendment 794 merely 'clarified the factors to consider for a minor-role adjustment' -- it did not substantively change § 3B1.2." *Jacobs v. United States*, No. CR414-343, 2016 WL 4183312, at *1 (S.D. Ga. Aug. 5, 2016) (quoting *United States v. Gasas*, 632 Fed. Appx. 1003, 1004 (11th Cir. 2015)); *see also United States v. Quintero-Leyva*, 823 F.3d 519, 523 (9th Cir. 2016).

*Smith v. United States*, 2016 WL 4492826 at * 2 (S.D. Ga. Aug. 25, 2016).

from the Eleventh Circuit. *See Smith*, 2016 WL 4492826 at * 2 (advising dismissal of the same claim on successiveness grounds).

Accordingly, Tidaesha V. Taylor's § 2255 motion should be **DENIED**. Applying the Certificate of Appealability (COA) standards set forth in *Brown v. United States*, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue either. 28 U.S.C. § 2253(c)(1); Rule 11(a) of the Rules Governing Habeas Corpus Cases Under 28 U.S.C. § 2255 ("The district court *must* issue or deny a certificate of appealability when it enters a final order adverse to the applicant.") (emphasis added). Any motion for leave to appeal *in forma pauperis* therefore is moot.

**SO REPORTED AND RECOMMENDED,** this __12th__ day of September, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA